IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LARSEN,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant | Case No.: 1:10-cv-00936 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

Parties have stipulated by counsel to extend the period of time for the Plaintiff to file his Opening Brief. The Scheduling Order allows a single thirty-day extension by the stipulation of parties. Here, the parties have agreed to a twenty-day extension. Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until January 31, 2011, to file his Opening Brief.

IT IS SO ORDERED.

Dated:   **January 11, 2011**              /s/ Jennifer L. Thurston
                                                               UNITED STATES MAGISTRATE JUDGE